IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
TIME: 3:45pm.
SEP 02 2004
JAMES BONINI, Clerk
COLUMBUS, OHIO

UNITED STATES OF AMERICA :

v. :

**OSWALDO RIVERA** (1) :
Counts 1,2, 4, 5, 6, 8, 9, 10, 11, 12
13, 15, 16,17, 19, 20, 21, 23, 25, 27, :
28, 29, 30, 31, 32, 34, 35, 37, 38, 39,
40, 42, 43, 44, 46, 47, 49, 50 and 51 :

**CECELIA RIVERA** (2) :
Counts 2, 3, 4, 6, 7, 8, 10, 12, 14, 15,
18, 19, 20, 22, 23, 24, 26, 29, 32, 33, :
35, 36, 40, 41, 42, 44, 45, 48, 49
and 51 :

**DOMINGO BOTELLO** (3) :
Counts 4 and 51
:
**JOSE BOTELLO** (4)
Counts 8 and 51 :

**OCTAVIO BOTELLO** (5) :
Counts 12 and 51
:
**RAMIRO FERNANDEZ** (6)
Counts 16 and 51 :

**MARTIN GONZALEZ SOTO** (7) :
Counts 20 and 51
:
**LORENZO L. LOPEZ** (8)
Counts 24 and 51 :

**MIGUEL LOPEZ** (9) :
Counts 27 and 51
:
**ANTONIO PANTOJA TORRES** (10)
Counts 30 and 51 :

CASE NO. 3:04 cr 0120

**INDICTMENT**

18 U.S.C. § 2
18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 1341

**EUSEBRO RAMIREZ** (11) :
**aka Eusebro Ramires**
**aka Eusebio Ramirez Valdez** :
Counts 34 and 51
:
**DOMITILO RIVERA LOPEZ** (12)
Counts 38 and 51 :

**FLORENTINO RIVERA** (13) :
Counts 41 and 51
:
**CRISTIN SANCHEZ** (14)
Counts 46 and 51 :

**ROBERTO ZARRAGA-RODRIGUEZ** (15) :
Counts 50 and 51
:
Defendants.

-----------------------------------------

THE GRAND JURY CHARGES THAT:

**COUNT 1**

1. Beginning on an exact date unknown but at least by on or about November 2000, and continuing until on or about December 2003, in the Southern District of Ohio and elsewhere, **OSWALDO RIVERA, CECELIA RIVERA, DOMINGO BOTELLO, JOSE BOTELLO, OCTAVIO BOTELLO, RAMIRO FERNANDEZ, MARTIN GONZALEZ SOTO, LORENZO L. LOPEZ, MIGUEL LOPEZ, ANTONIO PANTOJA TORRES, EUSEBRO RAMIREZ, DOMITILO RIVERA LOPEZ, FLORENTINO RIVERA, CRISTIN SANCHEZ** and **ROBERTO ZARRAGA RODRIGUEZ,** defendants in this Indictment, did willfully and knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money from the United

States and the United States Department of Labor, by means of false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises would be and were false and fraudulent when made, and which scheme and artifice to defraud and to obtain money was, in substance, as described below:

2. At all times pertinent to this Indictment, the United States Department of Labor would and did fund a program with Federal funds through the State of Ohio to pay unemployed residents ("claimants") certain unemployment benefits in the form of funds, if qualified. In order to qualify and be eligible for the funds, and to continue to receive the funds, a claimant was required to meet certain conditions. The list of conditions included ability to accept employment within the United States, availability to accept employment within the United States and seeking work within the United States. In order to initially establish the claimant's eligibility to receive the funds, it was necessary that an initial application form (Form 401) be filed with the Ohio Department of Job and Family Services. In order to establish continued eligibility and receive the funds, it was necessary for the claimant to file a claim card (Form 403.2) or IVR (individual voice recognition) telephonic application for weekly benefits.

**THE SCHEME TO DEFRAUD**

3. It was part of the scheme and artifice to defraud that at all times pertinent to this Indictment, **OSWALDO RIVERA** and his spouse, **CECELIA RIVERA**, operated a service in New Carlisle, Ohio, which filled out and filed unemployment benefits claim cards for claimants who were not eligible to receive these benefits. The claimants were seasonal migrant farm workers from Mexico who worked at local businesses in the Southern District of Ohio. **OSWALDO RIVERA** and **CECELIA RIVERA** received monetary compensation from claimants for their service.

4. It was further a part of the scheme and artifice to defraud that the claimants were ineligible to receive the unemployment benefits because they did not meet all of the preconditions as set forth in paragraph 2. The claimants did not meet the eligibility requirements to qualify for unemployment benefits in the State of Ohio, in that they were not actively seeking work in the United States of America and were not available for employment in the United States of America.

5. It was further a part of the scheme and artifice to defraud that the fraudulent claim cards to obtain unemployment benefits were submitted or caused to be submitted by **OSWALDO RIVERA** and **CECELIA RIVERA**, via the United States Postal Service to the Ohio Department of Job and Family Services which receives funds from the United States Department of Labor. The Ohio Department of Job and Family Services, Columbus, Ohio, would and did issue, via the United States Postal Service, unemployment benefits in the form of a bank draft or check to the claimants in response to the fraudulent claim cards filed by the defendants in this Indictment. The claimants requested that the claim cards be sent to one of the following addresses belonging to **OSWALDO RIVERA** and **CECELIA RIVERA:** 511 Glenn Avenue, New Carlisle, Ohio 45344, P.O. Box 310, New Carlisle, Ohio 45344, P.O. Box 141, New Carlisle, Ohio 45344 and P.O. Box 255, Medway, Ohio 45341.

6. It was further a part of the scheme and artifice to defraud that the checks sent by the Ohio Department of Job and Family Services would then be cashed by either **OSWALDO RIVERA** or **CECELIA RIVERA.** Once the funds were obtained, the money would be forwarded to the claimants (including those who are defendants in other counts of this Indictment) in Mexico, delivered to the claimants in Mexico or the funds would be held in Ohio by **OSWALDO RIVERA** and **CECELIA RIVERA** until the claimants returned from Mexico.

7. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, **OSWALDO RIVERA, CECELIA RIVERA, DOMINGO BOTELLO, JOSE BOTELLO, OCTAVIO BOTELLO, RAMIRO FERNANDEZ, MARTIN GONZALEZ SOTO, LORENZO L. LOPEZ, MIGUEL LOPEZ, ANTONIO PANTOJA TORRES, EUSEBRO RAMIREZ, DOMITILO RIVERA LOPEZ, FLORENTINO RIVERA, CRISTIN SANCHEZ** and **ROBERTO ZARRAGA-RODRIGUEZ**, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises they knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that **DOMINGO BOTELLO** resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that **DOMINGO BOTELLO** was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that **DOMINGO BOTELLO** was residing in Mexico during the time periods indicated on the claim forms.

8. The defendant in this count, **OSWALDO RIVERA,** for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly

cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio, 45344 to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 11/8/01 | Domingo Botello | OH | 3287575 | $230.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 2

1. Paragraphs 1 through 7 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio, 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 11/29/01 | Domingo Botello | OH | 3445712 | $266.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 3

1. Paragraphs 1 through 7 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio, 45344 to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/31/02 | Domingo Botello | OH | 4090505 | $532.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 4 (Misdemeanor)

On or about January 31, 2002, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA, CECELIA RIVERA** and **DOMINGO BOTELLO**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds

received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/15/02 | Domingo Botello<br>511 Glenn Avenue<br>New Carlisle, Ohio 45344 | OH | 4261541 | $532.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 5**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that JOSE BOTELLO resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that JOSE BOTELLO was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that JOSE BOTELLO was residing in Mexico during the time periods indicated on the claim forms.

3. The defendant in this count, **OSWALDO RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio, 45344 to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/6/01 | Jose Botello | OH | 3503475 | $622.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 6

1. Paragraphs 1 and 2 of Count 5 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio, 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was

ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/18/01 | Jose Botello | OH | 3595678 | $622.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 7**

1. Paragraphs 1 and 2 of Count 5 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA,** for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/28/02 | Jose Botello | OH | 4426703 | $622.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 8 (Misdemeanor)**

On or about January 31, 2002, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA, CECELIA RIVERA** and **JOSE BOTELLO,** did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the

United States Department of Labor, to which the defendants were not entitled, to wit:

| Date | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/6/03 | Jose Botello<br>511 Glenn Avenue<br>New Carlisle, Ohio 45344 | OH | 8144778 | $630.00 |

In violation of 18 U.S.C. §§ 641 and 2.

## COUNT 9

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that OCTAVIO BOTELLO resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that OCTAVIO BOTELLO was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that OCTAVIO BOTELLO was residing in Mexico during the time periods indicated on the claim forms.

3. The defendant in this count, **OSWALDO RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/3/02 | Octavio Botello | OH | 3750565 | $542.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 10

1. Paragraphs 1 and 2 of Count 9 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/31/02 | Octavio Botello | OH | 4090504 | $542.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 11

1. Paragraphs 1 and 2 of Count 9 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/15/02 | Octavio Botello | OH | 4261540 | $542.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 12 (Misdemeanor)

On or about December 26, 2002, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA, CECELIA RIVERA** and **OCTAVIO BOTELLO**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check

for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/26/02 | Octavio Botello<br>P.O. Box 141<br>New Carlisle, Ohio | OH | 7602963 | $490.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 13**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that RAMIRO FERNANDEZ resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that RAMIRO FERNANDEZ was able and

available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that RAMIRO FERNANDEZ was residing in Mexico during the time periods indicated on the claim forms.

3. The defendant in this count, **OSWALDO RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/3/01 | Ramiro Fernandez | OH | 0890120 | $390.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 14**

1. Paragraphs 1 and 2 of Count 13 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 310, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and

knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/27/01 | Ramiro Fernandez | OH | 1393845 | $390.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 15**

1. Paragraphs 1 and 2 of Count 13 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/12/01 | Ramiro Fernandez | OH | 3556392 | $228.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 16 (Misdemeanor)**

On or about February 6, 2002, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA** and **RAMIRO FERNANDEZ**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/6/02 | Ramiro Fernandez<br>P.O. Box 141<br>New Carlisle, Ohio 45344 | OH | 4159673 | $456.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 17**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that MARTIN GONZALEZ SOTO resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that MARTIN GONZALEZ SOTO was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that MARTIN GONZALEZ SOTO was residing in Mexico during the time periods indicated on the claim forms.

3. The defendant in this count, **OSWALDO RIVERA,** for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/20/00 | Martin Gonzalez Soto | OH | 0806912 | $578.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 18

1. Paragraphs 1 and 2 of Count 17 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA,** for the purpose of executing the

aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/28/02 | Martin Gonzalez Soto | OH | 4428767 | $606.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 19

1. Paragraphs 1 and 2 of Count 17 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/27/03 | Martin Gonzalez Soto | OH | 8428450 | $640.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 20 (Misdemeanor)**

On or about March 13, 2003, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA, CECELIA RIVERA** and **MARTIN GONZALEZ SOTO**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 3/13/03 | Martin Gonzalez Soto<br>511 Glenn Avenue<br>New Carlisle, Ohio 45344 | OH | 8609782 | $640.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 21**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing

material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that LORENZO L. LOPEZ resided s in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that LORENZO L. LOPEZ was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that LORENZO L. LOPEZ was residing in Mexico during the time periods indicated on the claim forms.

3. The defendant in this count, **OSWALDO RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| **Date check issued** | **Claimant** | **State** | **Check No.** | **Amount** |
|---|---|---|---|---|
| 3/29/02 | Lorenzo L. Lopez | OH | 4798892 | $538.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 22**

1. Paragraphs 1 and 2 of Count 21 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA,** for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/15/02 | Lorenzo L. Lopez | OH | 4274633 | $538.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 23**

1. Paragraphs 1 and 2 of Count 21 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA,** for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service,

according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/26/03 | Lorenzo L. Lopez | OH | 8406402 | $554.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 24 (Misdemeanor)**

On or about December 4, 2003, in the Southern District of Ohio, the defendants, **CECELIA RIVERA** and **LORENZO L. LOPEZ,** did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/4/03 | Lorenzo L. Lopez<br>P.O. Box 255<br>Medway, Ohio | OH | 1295140 | $554.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 25**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly

make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that MIGUEL LOPEZ claimant resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that MIGUEL LOPEZ was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that MIGUEL LOPEZ was residing in Mexico during the time periods indicated on the claim forms.

3. The defendant in this count, **OSWALDO RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 4/4/02 | Miguel Lopez | OH | 4867898 | $450.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 26**

1. Paragraphs 1 and 2 of Count 25 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA,** for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 3/6/03 | Miguel Lopez | OH | 8528592 | $282.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 27 (Misdemeanor)**

On or about April 30, 2003, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA** and **MIGUEL LOPEZ,** did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 4/30/03 | Miguel Lopez<br>P.O. Box 141<br>New Carlisle, Ohio 45344 | OH | 9183894 | $564.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 28**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that ANTONIO PANTOJA TORRES resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that ANTONIO PANTOJA TORRES was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that ANTONIO PANTOJA TORRES was residing in Mexico during the time periods indicated on the claim forms.

3. The defendant in this count, **OSWALDO RIVERA** for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 11/8/01 | Antonio Pantoja Torres | OH | 3283395 | $280.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 29**

1. Paragraphs 1 and 2 of Count 28 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/16/03 | Antonio Pantoja Torres | OH | 7891971 | $396.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 30 (Misdemeanor)**

On or about October 29, 2003, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA** and **ANTONIO PANTOJA TORRES**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 10/29/03 | Antonio Pantoja Torres<br>P.O. Box 141<br>New Carlisle, Ohio 45344 | OH | 0978511 | $354.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 31**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing

material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that EUSEBRO RAMIREZ resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that EUSEBRO RAMIREZ was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that EUSEBRO RAMIREZ was residing in Mexico during the time periods indicated on the claim forms.

3. The defendant in this count, **OSWALDO RIVERA,** for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/18/01 | Eusebro Ramirez | OH | 3595840 | $398.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 32**

1. Paragraphs 1 and 2 of Count 31 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/17/02 | Eusebro Ramirez | OH | 3932806 | $398.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 33**

1. Paragraphs 1 and 2 of Count 31 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and

with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/15/02 | Eusebro Ramirez | OH | 4261978 | $398.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 34 (Misdemeanor)**

On or about December 27, 2002, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA** and **EUSEBRO RAMIREZ**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/27/02 | Eusebro Ramirez<br>P.O. Box 141<br>New Carlisle, Ohio 45344 | OH | 7625875 | $241.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 35**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly

make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that DOMITILO RIVERA LOPEZ resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that DOMITILO RIVERA LOPEZ was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that DOMITILO RIVERA LOPEZ was residing in Mexico during the time periods indicated on the claim form.

3. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA,** for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/4/02 | Domitilo Rivera Lopez | OH | 7383070 | $386.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 36**

1. Paragraphs 1 and 2 of Count 31 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 3/27/03 | Domitilo Rivera Lopez | OH | 8800088 | $229.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 37**

1. Paragraphs 1 and 2 of Count 31 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **OSWALDO RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly

cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 4/4/03 | Domitilo Rivera Lopez | OH | 8897546 | $229.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**<u>COUNT 38</u> (Misdemeanor)**

On or about December 23, 2003, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA** and **DOMITILO RIVERA LOPEZ**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 12/3/03 | Domitilo Rivera Lopez<br>P.O. Box 255<br>Medway, Ohio 45341 | OH | 1282513 | $458.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 39**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that FLORENTINO RIVERA resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that FLORENTINO RIVERA was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that FLORENTINO RIVERA was residing in Mexico during the time periods indicated on the claim forms.

3. The defendant in this count, **OSWALDO RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with

the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/3/02 | Florentino Rivera | OH | 3756339 | $350.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 40**

1. Paragraphs 1 and 2 of Count 39 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/31/02 | Florentino Rivera | OH | 4093150 | $350.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 41**

1. Paragraphs 1 and 2 of Count 39 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 3/14/02 | Florentino Rivera | OH | 4598551 | $350.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**<u>COUNT 42</u> (Misdemeanor)**

On or about January 3, 2003, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA, CECELIA RIVERA** and **FLORENTINO RIVERA**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/3/03 | Florentino Rivera<br>P.O. Box 141<br>New Carlisle, Ohio 45344 | OH | 7697729 | $336.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 43**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that CRISTIN SANCHEZ resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that CRISTIN SANCHEZ was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that CRISTIN SANCHEZ was residing in Mexico during the time periods indicated on the claim form.

3. The defendant in this count, **OSWALDO RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and

with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 11/16/01 | Cristin Sanchez | OH | 3346670 | $129.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 44**

1. Paragraphs 1 and 2 of Count 39 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/23/02 | Cristin Sanchez | OH | 3970253 | $258.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 45**

1. Paragraphs 1 and 2 of Count 39 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 141, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 3/7/03 | Cristin Sanchez | OH | 8537960 | $322.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 46 (Misdemeanor)**

On or about November 13, 2003, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA** and **CRISTIN SANCHEZ**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 11/13/03 | Cristin Sanchez<br>P.O. Box 141<br>New Carlisle, Ohio 45344 | OH | 1090463 | $161.00 |

In violation of 18 U.S.C. §§ 641 and 2.

**COUNT 47**

1. Paragraphs 1 through 6 of Count 1 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. It was further part of said scheme and artifice to defraud and to obtain money that, in assisting in the filing of the claims, the Defendants in this Indictment, would and did knowingly make false and fraudulent pretenses, representations and promises to the Ohio Department of Jobs and Family Services and its representatives by falsely and fraudulently presenting and representing material facts, and by falsely and fraudulently concealing, omitting to tell, and by nondisclosure of material facts, all of which were calculated to deceive the Ohio Department of Jobs and Family Services and its representatives, and which pretenses, representations and promises the Defendants in this Indictment knew to be false and fraudulent when made, and which included the following:

(a) falsely and fraudulently representing that ROBERTO ZARRAGA RODRIGUEZ claimant resided in the United States during the time periods indicated on the claim forms;

(b) falsely and fraudulently representing that ROBERTO ZARRAGA RODRIGUEZ was able and available to work in the United States and actively seeking work during the time periods indicated on the claim forms;

(c) false and fraudulently not disclosing and omitting to tell that ROBERTO ZARRAGA RODRIGUEZ was residing in Mexico during the time periods indicated on the claim form.

3. The defendant in this count, **OSWALDO RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 310, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| **Date check issued** | **Claimant** | **State** | **Check No.** | **Amount** |
|---|---|---|---|---|
| 12/20/00 | Roberto ZARRAGA Rodriguez | OH | 0805795 | $290.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 48**

1. Paragraphs 1 and 2 of Count 47 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendant in this count, **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at P.O. Box 310, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 3/6/01 | Roberto Zarraga Rodriguez | OH | 1458362 | $290.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 49

1. Paragraphs 1 and 2 of Count 47 of this Indictment are hereby realleged and incorporated herein by reference as if fully set forth herein.

2. The defendants in this count, **OSWALDO RIVERA** and **CECELIA RIVERA**, for the purpose of executing the aforementioned scheme and artifice to defraud, did, on or about the date set forth below, knowingly cause a check made payable to the claimant listed below and addressed to said claimant at 511 Glenn Avenue, New Carlisle, Ohio 45344, to be placed into the United States Mail at Columbus, Ohio, and knowingly delivered by the United States Postal Service, according to directions thereon, and with the intent to conceal the fact that said claimant was ineligible to receive said unemployment benefit check.

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 1/23/02 | Roberto Zarraga Rodriguez | OH | | $316.00 |

In violation of 18 U.S.C. §§ 1341 and 2.

## COUNT 50 (Misdemeanor)

On or about February 5, 2003, in the Southern District of Ohio and elsewhere, the defendants, **OSWALDO RIVERA** and **ROBERTO ZARRAGA RODRIGUEZ**, did wilfully and knowingly convert to their own use, monies of the United States, specifically a check for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds

received by the United States Department of Labor, to which the defendants were not entitled, to wit:

| Date check issued | Claimant | State | Check No. | Amount |
|---|---|---|---|---|
| 2/5/03 | Roberto Zarraga Rodriguez<br>P.O. Box 141<br>New Carlisle, Ohio 45344 | OH | 8126525 | $378.00 |

In violation of 18 U.S.C. §§ 641 and 2.

## COUNT 51

Beginning on an exact date unknown but at least by on or about November 13, 2000, and continuing until on or about April 2004, in the Southern District of Ohio and elsewhere, **OSWALDO RIVERA, CECELIA RIVERA, DOMINGO BOTELLO, JOSE BOTELLO, OCTAVIO BOTELLO, RAMIRO FERNANDEZ, MARTIN GONZALEZ SOTO, LORENZO. L. LOPEZ, MIGUEL LOPEZ, ANTONIO PANTOJA TORRES, EUSEBRO RAMIREZ, DOMITILO RIVERA LOPEZ, FLORENTINO RIVERA, CRISTIN SANCHEZ** and **ROBERTO ZARRAGA-RODRIGUEZ**, the defendants herein, did knowingly, wilfully and unlawfully combine, confederate and agree together and with each other and with other persons, whose names are both known and unknown to the Grand Jury, to commit the following offenses against the United States, to wit:

(a) to wilfully and knowingly convert to their own use, monies of the United States, specifically checks for unemployment benefits, issued by the Ohio Department of Job and Family Services with funds received by the United States Department of Labor, to which the defendants were not entitled in violation of 18 U.S.C. § 641; and

(b) to willfully and knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money from the United States and the United States Department of Labor, by means of false and fraudulent pretenses, representations, and promises, knowing that the pretenses,

representations, and promises would be and were false and fraudulent when made, and which were as follows:

(a) falsely and fraudulently representing that **DOMINGO BOTELLO, JOSE BOTELLO, OCTAVIO BOTELLO, RAMIRO FERNANDEZ, MARTIN GONZALEZ SOTO, LORENZO. L. LOPEZ, MIGUEL LOPEZ, ANTONIO PANTOJA TORRES, EUSEBRO RAMIREZ, DOMITILO RIVERA LOPEZ, FLORENTINO RIVERA, CRISTIN SANCHEZ** and **ROBERTO ZARRAGA-RODRIGUEZ** resided in the United States during time periods submitted on the unemployment compensation claim forms;

(b) falsely and fraudulently representing that **DOMINGO BOTELLO, JOSE BOTELLO, OCTAVIO BOTELLO, RAMIRO FERNANDEZ, MARTIN GONZALEZ SOTO, LORENZO. L. LOPEZ, MIGUEL LOPEZ, ANTONIO PANTOJA TORRES, EUSEBRO RAMIREZ, DOMITILO RIVERA LOPEZ, FLORENTINO RIVERA, CRISTIN SANCHEZ** and **ROBERTO ZARRAGA-RODRIGUEZ** were able and available to work in the United States and were actively seeking work during certain time periods noted on the unemployment compensation claim forms;

(c) false and fraudulently not disclosing and omitting to tell Government officials that **DOMINGO BOTELLO, JOSE BOTELLO, OCTAVIO BOTELLO, RAMIRO FERNANDEZ, MARTIN GONZALEZ SOTO, LORENZO. L. LOPEZ, MIGUEL LOPEZ, ANTONIO PANTOJA TORRES, EUSEBRO RAMIREZ, DOMITILO RIVERA LOPEZ, FLORENTINO RIVERA, CRISTIN SANCHEZ** and **ROBERTO ZARRAGA-RODRIGUEZ** were residing in Mexico during the time periods indicated on the claim forms;

In violation of 18 U.S.C. § 1341.

## MANNER AND MEANS

At all times pertinent to this Indictment, the United States Department of Labor would and did fund a program with Federal funds through the State of Ohio to pay unemployed residents ("claimants") certain unemployment benefits in the form of funds, if qualified. In order to qualify and be eligible for the funds, and to continue to receive the funds, a claimant was required to meet certain conditions. The list of conditions included ability to accept employment within the United States, availability to accept employment within the United States, and seeking work within the United States. In order to initially establish the claimant's eligibility to receive the funds, it was necessary that an initial application form (Form 401) be filed with the Ohio Department of Job and Family Services. In order to establish continued eligibility and receive the funds, it was necessary for the claimant to file a claim card (Form 403.2) or IVR (individual voice recognition) telephonic application for weekly benefits.

It was part of this conspiracy that at all times pertinent to this Indictment, **OSWALDO RIVERA** and his spouse, **CECELIA RIVERA**, operated a service in New Carlisle, Ohio, which filled out and filed unemployment benefits claim cards for claimants including **DOMINGO BOTELLO, JOSE BOTELLO, OCTAVIO BOTELLO, RAMIRO FERNANDEZ, MARTIN GONZALEZ SOTO, LORENZO. L. LOPEZ, MIGUEL LOPEZ, ANTONIO PANTOJA TORRES, EUSEBRO RAMIREZ, DOMITILO RIVERA LOPEZ, FLORENTINO RIVERA, CRISTIN SANCHEZ** and **ROBERTO ZARRAGA-RODRIGUEZ** who were not eligible to receive these benefits. The claimants were seasonal migrant farm workers from Mexico who worked at local businesses in the Southern District of Ohio. **OSWALDO RIVERA** and **CECELIA RIVERA** received monetary compensation from claimants for their service.

It was further a part of this conspiracy that the claimants were ineligible to receive the unemployment benefits because they did not meet all of the preconditions as set forth above. The claimants did not meet the eligibility requirements to qualify for unemployment benefits in the State of Ohio, in that they were not actively seeking work in the United States of America and were not available for employment in the United States of America.

It was further a part of this conspiracy that the fraudulent claim cards to obtain unemployment benefits were submitted or caused to be submitted by **OSWALDO RIVERA** and **CECELIA RIVERA**, via the United States Postal Service to the Ohio Department of Job and Family Services which receives funds for the unemployment benefits from the United States Department of Labor. The Ohio Department of Job and Family Services, Columbus, Ohio, would and did issue, via the United States Postal Service, unemployment benefits in the form of a bank draft or check to the claimants in response to the fraudulent claim cards filed by the defendants in this Indictment. The claimants requested that the claim cards be sent to one of the following addresses belonging to **OSWALDO RIVERA** and **CECELIA RIVERA:** 511 Glenn Avenue, New Carlisle, Ohio 45344, P.O. Box 310, New Carlisle, Ohio 45344, P.O. Box 141, New Carlisle, Ohio 45344 and P.O. Box 255, Medway, Ohio 45341.

It was further a part of this conspiracy that the checks sent by the Ohio Department of Job and Family Services would then be cashed by either **OSWALDO RIVERA** or **CECELIA RIVERA**. Once the funds were obtained, the money would be forwarded to the claimants, including defendants **DOMINGO BOTELLO, JOSE BOTELLO, OCTAVIO BOTELLO, RAMIRO FERNANDEZ, MARTIN GONZALEZ SOTO, LORENZO. L. LOPEZ, MIGUEL LOPEZ, ANTONIO PANTOJA TORRES, EUSEBRO RAMIREZ, DOMITILO RIVERA LOPEZ,**

**FLORENTINO RIVERA, CRISTIN SANCHEZ** and **ROBERTO ZARRAGA-RODRIGUEZ** in Mexico, delivered to these claimants/defendants in Mexico or the funds would be held in Ohio by **OSWALDO RIVERA** and **CECELIA RIVERA** until these claimants/defendants returned from Mexico.

## OVERT ACTS

In furtherance of said conspiracy, and to effect the objects thereof, in the Southern District of Ohio, and elsewhere, at least one of the Defendants or their co-conspirators committed at least one of the following overt acts, among others:

1. In November 2001, **Oswaldo Rivera** opened P.O. Box 141, New Carlisle, Ohio 45344.

2. In February 2002, **Cecelia Rivera** cashed claimant checks from the Ohio Department of Job and Family Services for claimants who were not eligible to receive unemployment benefits.

3. On or about November 7, 2001, **Domingo Botello** made telephonic application for unemployment benefits and requested that his claimant cards be sent to511 Glenn Avenue, New Carlisle, Ohio 45344.

4. On or about November 7, 2001, **Jose Botello** made telephonic application for unemployment benefits and requested that his claimant cards be sent to511 Glenn Avenue, New Carlisle, Ohio 45344.

5. On or about November 7, 2001, **Octavio Botello** made telephonic application for unemployment benefits and requested that his claimant cards be sent to511 Glenn Avenue, New Carlisle, Ohio 45344.

6. On or about November 29, 2001, **Ramiro Fernandez** made application for unemployment benefits and requested that his claimant cards be sent to P.O.Box 141, New Carlisle, Ohio 45344.

7. On or about November 24, 2000, **Martin Gonzalez Soto** made application for unemployment benefits and requested that his claimant cards be sent to 511 Glenn Avenue, New Carlisle, Ohio 45344.

8. On or about December 20, 2001, **Lorenzo L. Lopez** made telephonic application for unemployment benefits and requested that his claimant cards be sent to P.O. Box 141, Carlisle, Ohio 45344.

9. On or about November 22, 2002, **Miguel Lopez** made telephonic application for unemployment benefits and requested that his claimant cards be sent to P.O. Box 141, New Carlisle, Ohio 45344.

10. On or about November 21, 2002, **Antonio Pantoja Torres** made telephonic application for unemployment benefits and requested that his claimant cards be sent to511 Glenn Avenue, New Carlisle, Ohio 45344.

11. On or about November 9, 2001, **Eusebro Ramirez aka Eusebio Ramirez Valdez** made telephonic application for unemployment benefits and requested that his claimant cards be sent to511 Glenn Avenue, New Carlisle, Ohio 45344.

12. On or about November 22, 2002, **Domitilo Rivera Lopez** made telephonic application for unemployment benefits and requested that his claimant cards be sent to511 Glenn Avenue, New Carlisle, Ohio 45344.

13. On or about December 2, 2002, **Florentino Rivera** made telephonic application for unemployment benefits and requested that his claimant cards be sent to P.O. Box 141, New Carlisle, Ohio 45344.

14. On or about October 29, 2001, **Cristin Sanchez** made telephonic application for unemployment benefits and requested that his claimant cards be sent to511 Glenn Avenue, New Carlisle, Ohio 45344.

15. On or about November 13, 2001, **Roberto Zarraga-Rodriguez** made telephonic application for unemployment benefits and requested that his claimant cards be sent to511 Glenn Avenue, New Carlisle, Ohio 45344.

16. On or about December 18, 2001, **Oswaldo Rivera** cashed an Ohio Department of Job and Family Services unemployment compensation check # 3595681, made payable to Octavio Botello in the amount of $542.00.

17. On or about February 15, 2002 , **Cecelia Rivera** cashed an Ohio Department of Job and Family Services unemployment compensation check # 4261538, made payable to Jose Botello in the amount of $622.00.

18. On or about January 3, 2003, **Oswaldo Rivera** and **Cecelia Rivera** cashed an Ohio Department of Job and Family Services unemployment compensation check # 7696910, made payable to Martin Gonazalez Soto in the amount of $640.00.

All in violation of 18 U.S.C. §371.

## SENTENCING ENHANCEMENT

The Grand Jury also finds that as a result of the scheme to defraud described in the Indictment, defendants **OSWALDO RIVERA** and **CECELIA RIVERA** caused a loss of more than $120,000.

The Grand Jury further finds that for the offenses noted in the Indictment charging **OSWALDO RIVERA**, he was an organizer or leader of a criminal activity that involved five or more participants or was otherwise extensive.

A TRUE BILL

FOREPERSON

GREGORY G. LOCKHART
United States Attorney

J. RICHARD CHEMA
Chief, Criminal Division